UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

SAMUEL ARELLIO HERNANDEZ,                        **INDICTMENT**

        Defendant.
_____/

The Grand Jury charges:

**Felon in Possession of Firearms**

On or about March 8, 2024, in Ingham County, in the Southern Division of the Western District of Michigan,

SAMUEL ARELLIO HERNANDEZ,

knowing he had previously been convicted of one or more crimes punishable by imprisonment for a term exceeding one year, knowingly possessed the following firearms, all of which were in and affecting commerce:

1. a loaded Glock Model 23 .40 caliber semi-automatic pistol,
2. a loaded Zastava Arms 7.62 caliber bolt action rifle, and
3. a loaded Rock Island Armory M1911 semi-automatic pistol.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 921(a)
18 U.S.C. § 924(a)(8)

## FORFEITURE ALLEGATION

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Upon conviction of the offense in violation of 18 U.S.C. § 922(g)(1), as set forth in this Indictment,

SAMUEL ARELLIO HERNANDEZ

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the offense, including, but not limited to, a loaded Glock Model 23 .40 caliber semi-automatic pistol, a loaded Zastava Arms 7.62 caliber bolt action rifle, and a loaded Rock Island Armory M1911 semi-automatic pistol and all associated ammunition.

18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)
18 U.S.C. § 922(g)(1)

A TRUE BILL

[ /s/ Redacted ]
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
CONSTANCE TURNBULL
Assistant United States Attorney